**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

ROBERT LEWIS, : No. 620 MAL 2023
:
        Petitioner :
: Petition for Allowance of Appeal
: from the Order of the
        v. : Commonwealth Court
:
:
LEHIGH ASPHALT PAVING & :
CONSTRUCTION COMPANY (WORKERS' :
COMPENSATION APPEAL BOARD), :
:
        Respondent :

## ORDER

**PER CURIAM**

    **AND NOW**, this 29th day of April, 2024, the Petition for Allowance of Appeal is **DENIED**.